**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100



WRITER'S DIRECT DIAL NO.
**(212) 849-7345**

WRITER'S INTERNET ADDRESS
**danbrockett@quinnemanuel.com**

April 14, 2016

**VIA ECF**

Honorable Valerie E. Caproni
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 240
New York, NY 10007

Re: *In re: Commodity Exchange, Inc., Gold Futures and Options Trading Litig.*, 14-md-2548

Dear Judge Caproni:

We write on behalf of Plaintiffs and Defendant Deutsche Bank AG to jointly inform the Court that we have executed a term sheet agreeing, subject to Court approval, to settle all claims between Plaintiffs and Deutsche Bank in the above-referenced matter. In addition to valuable monetary consideration to be paid into a settlement fund, the term sheet also provides for other valuable consideration such as provisions requiring Deutsche Bank's cooperation in pursuing claims against the remaining Defendants. The settling parties are in the process of negotiating a long-form settlement agreement. After execution, co-lead counsel will file a motion for preliminary approval.

Deutsche Bank has stated that it intends to withdraw its motion to dismiss prior to argument on the motions, which is scheduled for April 20.

Respectfully submitted,

/s/ Daniel L. Brockett
Daniel L. Brockett
QUINN EMANUEL URQUHART
  & SULLIVAN LLP
51 Madison Ave., 22nd Floor
New York, NY 10010

/s/ Merrill G. Davidoff
Merrill G. Davidoff
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS